UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Derrick L. Sims, JR., | No. 2:21-cv-00765-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Hillcrest Davidson & Associates, et al., | |
| Defendants. | |

Plaintiff Derrick Sims brings this action against defendants Hillcrest Davidson & Associates and Experian Information Solutions, Inc.  Compl., ECF No. 1.  Sims and Hillcrest reached a settlement in this action.  Not. of Settlement, ECF No. 8.  Dispositional papers where due July 8, 2021.  Mot. at 1, ECF No. 12; *See* E.D. Cal. L.R. 160(b).  On June 17, 2021, plaintiff moved for a 45-day extension because the agreement "has not been consummated."  Mot. at 2.  The motion is unopposed.  The court **grants the motion for good cause shown**.  **Dispositional documents are due August 21, 2021**.

This order resolves ECF No. 12.

IT IS SO ORDERED.

DATED:  July 23, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1