Alejandro E. Figueroa, Esq.
(State Bar #332132)
Attorney Email Address: alejandrof@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 S. Highland Ave., Ste. 250
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DERRICK L. SIMS, JR., <br><br> Plaintiff, <br><br> v. <br><br> HILLCREST DAVIDSON & ASSOCIATES and EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants. | Case No. 2:21-cv-00765-KJM-JDP <br><br> **NOTICE OF DISMISSAL** |

NOW COMES the Plaintiff, DERRICK L. SIMS, JR., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing his claims against Defendant, HILLCREST DAVIDSON & ASSOCIATES, with prejudice, with all parties to bear their own attorney's fees and cost.

DATED: August 20, 2021                    Respectfully submitted,

**DERRICK L. SIMS, JR.**

By: */s/ Alejandro E. Figueroa*

Alejandro E. Figueroa, Esq.
(State Bar #332132)
Attorney Email Address:
alejandrof@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 S. Highland Ave., Ste. 250
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 20, 2021, a copy of the foregoing was filed electronically via CM/ECF with the United States District Court, Eastern District of California, which will accomplish service on all counsel of record.

*s/ Alejandro E. Figueroa*
Alejandro E. Figueroa, Esq.
