Alejandro E. Figueroa, Esq.
(State Bar #332132)
Attorney Email Address: alejandrof@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 S. Highland Ave., Ste. 250
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK L. SIMS, JR., | Case No. 2:21-cv-00765-KJM-JDP |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| HILLCREST DAVIDSON & ASSOCIATES and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that DERRICK L. SIMS, JR. ("Plaintiff") and EXPERIAN INFORMATION SOLUTIONS, INC., ("Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers as to Defendant EXPERIAN INFORMATION SOLUTIONS, INC. The parties anticipate filing dismissal papers within 45 days.

DATED: December 8, 2021              Respectfully submitted,

**DERRICK L. SIMS, JR.**

By: */s/ Alejandro E. Figueroa*

Alejandro E. Figueroa, Esq.
(State Bar #332132)
Attorney Email Address:
alejandrof@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.

1

2500 S. Highland Ave., Ste. 250
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 8, 2021, a copy of the foregoing was filed electronically via CM/ECF with the United States District Court, Southern District of Indiana, which will accomplish service on all counsel of record.

*s/ Alejandro E. Figueroa*
Alejandro E. Figueroa, Esq.

2